*In re Det. of Love*, No. 93815-6. Petition for review of a decision of the Court of Appeals, No. 32555-5-III, June 14, 2016, 194 Wn. App. 1032. *Denied* March 8, 2017.

*PeaceHealth Med. Grp., Petitioner, v. Hull, Respondent*, No. 93816-4. Petition for review of a decision of the Court of Appeals, No. 74413-5-I, September 26, 2016, 196 Wn. App. 1010. *Denied* March 8, 2017.

*State, Respondent, v. Miller, Petitioner*, No. 93818-1. Petition for review of a decision of the Court of Appeals, No. 71559-3-I, October 3, 2016, 196 Wn. App. 1016. *Denied* March 8, 2017.

*Hood, Petitioner, v. S. Whidbey Sch. Dist., Respondent*, No. 93819-9. Petition for review of a decision of the Court of Appeals, No. 73165-3-I, September 6, 2016, 195 Wn. App. 1058. *Denied* March 8, 2017.

*State, Respondent, v. Young, Petitioner*, No. 93820-2. Petition for review of a decision of the Court of Appeals, No. 33416-3-III, September 13, 2016, 195 Wn. App. 1063. *Denied* March 8, 2017.

*State, Respondent, v. Russell, Petitioner*, No. 93821-1. Petition for review of a decision of the Court of Appeals, No. 47258-9-II, October 11, 2016, 196 Wn. App. 1027. *Denied* March 8, 2017.

*State, Respondent, v. Lederle, Petitioner*, No. 93822-9. Petition for review of a decision of the Court of Appeals, No. 73518-7-I, October 3, 2016, 196 Wn. App. 1017. *Denied* March 8, 2017.

*Jones, Petitioner, v. Dep't of Corr., Respondent*, No. 93827-0. Petition for review of a decision of the Court of Appeals, No. 33920-3-III, August 18, 2016, 195 Wn. App. 1048. *Denied* March 8, 2017.